AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| JODY D KIMBRELL<br>*Plaintiff*<br>v.<br>POIPU HILDONGS, LCC, CARLOS L. JAVELERA, JOAN JAVELERA<br>*Defendant* | )<br>)<br>) Civil Action No. 25-1147<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: That Plaintiff Jody D Kimbrell takes nothing is their claims against all Defendants. This case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 08/14/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*